IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELONY SHOOK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-203 |
| YELLOWPAGES.COM, LLC d/b/a | : | |
| AT&T ADVERTISING SOLUTIONS, INC. | : | |

## ORDER

**AND NOW**, this  1st  day of   July   , 2011, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 15), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** and the Clerk of Court shall **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania, Pittsburgh Division.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J.**